**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

<span style="color:red">
Electronically Filed
Intermediate Court of Appeals
CAAP-18-0000096
18-JUL-2018
11:41 AM
</span>

NO. CAAP-18-0000096

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

KENNETH ANTHONY ROSE, Claimant-Appellant,
v.
PEREIRA OF HAWAII, Employer-Appellee,
and
HAWAII EMPLOYERS' MUTUAL INSURANCE COMPANY,
Insurance Carrier-Appellee.

APPEAL FROM THE LABOR AND INDUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2015-306(H) (DCD NO. 1-11-00052))

ORDER DISMISSING APPEAL
(By: Fujise, Presiding Judge, Reifurth and Chan, JJ.)

Upon review of the record, it appears that:

(1) On February 20, 2018, Claimant-Appellant Kenneth A. Rose (Rose), pro se, filed the notice of appeal;

(2) On April 23, 2018, the Clerk of the Labor and Industrial Relations Appeals Board filed the record on appeal, and the appellate clerk notified the parties that, among other things, the opening brief was due on or before June 4, 2018;

(3) Rose did not file the opening brief or request an extension of time;

(4) On June 20, 2018, the appellate clerk notified Rose that the time for filing the opening brief had expired, the matter would be called to the court's attention on July 2, 2018, for appropriate action, which could include dismissal of the

appeal, pursuant to Hawaiʻi Rules of Appellate Procedure Rule 30, and Rose may request relief from default by motion; and

(5) Rose took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED: Honolulu, Hawaiʻi, July 18, 2018.

Presiding Judge

Associate Judge

Associate Judge